OPINION — AG — ** CONSERVATOR — ADULT WARD ** THE APPOINTMENT OF A CONSERVATOR OR A GUARDIAN IS 'NOT' NECESSARILY FOR THE LIFE OF THE WARD, BUT REMAINS IN EFFECT UNTIL TERMINATED BY THE COURT FOR CAUSE PROVIDED BY LAW. (GUARDIAN, WARD, CONSERVATORSHIP, CUSTODY, CHILD LIFETIME) CITE: 12 O.S. 1031 [12-1031], 30 O.S. 18 [30-18] [30-18], 58 O.S. 851 [58-851], 58 O.S. 890 [58-890] [58-890], 58 O.S. 890.5 [58-890.5], 58 O.S. 890.6 [58-890.6] (ROBERT W. COLE)